AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:26-M -01476(1) |
| | § | |
| (1) Jose Manuel SALAS-Tzompaxtle | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 21, 2026** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On or about March 21, 2026 , the defendant, Jose Manuel SALAS-Tzompaxtle, an alien who is a native and citizen of Mexico , entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near El Indio, Texas."*

Continued on the attached sheet and made a part of hereof: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

/s/ Michael Cummings
Signature of Complainant

03/24/2026
File Date

at DEL RIO, Texas
City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:26-M -01476(1) |
| | § | |
| (1) Jose Manuel SALAS-Tzompaxtle | § | |

**JUDGEMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Jose Manuel SALAS-Tzompaxtle, was presented by counsel, Charles Mais Jr..

The defendant pled guilty to the complaint on March 25, 2026. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | March 21, 2026 |

As pronounced on March 25, 2026, the defendant is hereby commited to the custody of the United States Bureau of Prisons for a term of 10 days with credit for time already served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remited pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgement are fully paid.

Filed and Signed on this the 25th day of March, 2026.

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

Arresting Agency: DRBP - Del Rio Border Patrol
USM#:

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | **Case Number:** |
| **vs.** | § | **DR:26-M -01476(1)** |
| | § | |
| **(1) Jose Manuel SALAS-Tzompaxtle** | § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Mais, Charles Jr., is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 24th day of March, 2026.

**JOSEPH A CORDOVA**
**UNITED STATES MAGISTRATE JUDGE**